IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

| | |
|---|---|
| FREDRIC N. ESHELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PUMA BIOTECHNOLOGY, INC., ) | |
| ) | |
| Defendant. ) | |

Defendant Puma Biotechnology, Inc. ("Defendant") moves the court for leave to file a USB flash drive containing video clips of Plaintiff Fredric N. Eshelman's Congressional testimony, as referenced in Defendant's Memorandum in Support of its Motion for Summary Judgment and Statement of Undisputed Facts, [DE-178, -179], in order to assist the court in accessing the referenced video and audio. [DE-185]. No opposition to the motion has been filed. Accordingly, the motion is ALLOWED.

SO ORDERED, the 2nd day of January 2018.

Robert B. Jones, Jr.
United States Magistrate Judge