**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| FREDRIC N. ESHELMAN, | ) | |
| | ) | |
| *Plaintiff,* | ) | **Case No. 7:16-cv-00018-D** |
| | ) | |
| v. | ) | |
| | ) | |
| PUMA BIOTECHNOLOGY, INC. | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER

Before the Court is Plaintiff Dr. Fredric N. Eshelman's Motion to Seal His Account

Number in Docket Entry 273. After considering this Motion, the Court concludes that the Motion

is meritorious and shall be GRANTED. Personal financial information qualifies for sealing. *See*

*York v. CBS Corp.*, No. 2:12-CV-77-FL, 2013 WL 3984053, at \*7 (E.D.N.C. Aug. 1, 2013)

(granting motion to seal personal financial information). Puma does not oppose this Motion to

Seal. The Parties agreed to the requested redaction on October 26, 2017, and Puma has also

requested to replace the docket entry with a redacted version of Docket No. 273. (*See* D.E. 274.)

Thus, it is hereby ORDERED that Docket No. 273 be replaced with a redacted version concealing

Dr. Eshelman's personal account number.

SO ORDERED. This **18** day of ~~February~~ September 2018.

_____
JAMES C. DEVER III
Chief United States District Judge