IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

| | |
|---|---|
| FREDRIC N. ESHELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PUMA BIOTECHNOLOGY, INC., ) | |
| ) | |
| Defendant. ) | |

The court has considered Puma Biotechnology, Inc.'s ("defendant") motion to seal and strike the filings at docket numbers 209 and 210 and motion for sanctions [D.E. 228], its memorandum in support [D.E. 229], and plaintiff's opposition [D.E. 235].

Plaintiff's filings at docket entry 209 and 210 will remain sealed pending resolution of the dispute concerning the Magistrate Judge's ruling concerning Alan Auerbach's comments about Fredric Eshelman. Thus, defendant's motion to seal [D.E. 228] is GRANTED in part. The filings at docket entry 209 and 210 will remain sealed. Defendant's motion to strike and for sanctions [D.E. 228] lacks merit and is DENIED. See [D.E. 235] 4–10.

SO ORDERED. This 18 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge