IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

FREDRIC N. ESHELMAN, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
PUMA BIOTECHNOLOGY, INC., )
)
        Defendant. )

The court has reviewed plaintiff's emergency motion to compel [D.E. 201], plaintiff's memorandum in support [D.E. 202], defendant's opposition [D.E. 227], and the entire record. Plaintiff's emergency motion to compel [D.E. 201] lacks merit and is DENIED. See [D.E. 227] 2–3.

SO ORDERED. This 18 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge