IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

| | |
|---|---|
| FREDRIC N. ESHELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PUMA BIOTECHNOLOGY, INC., ) | |
| ) | |
| Defendant. ) | |

The court has considered Puma Biotechnology, Inc.'s motion to seal docket number 91 [D.E. 192], its memorandum in support [D.E. 193], plaintiff's opposition [D.E. 197], and the entire record. The motion to seal [D.E. 192] lacks merit and is DENIED. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 265–73 (4th Cir. 2014); Va. Dep't of State Police v. Wash. Post, 386 F.3d 567, 574–81 (4th Cir. 2004).

SO ORDERED. This 18 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge