IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

FREDRIC N. ESHELMAN,  )
  )
       Plaintiff,  )
  )
v.  )  **ORDER**
  )
PUMA BIOTECHNOLOGY, INC.,  )
  )
       Defendant.  )

The court has considered Puma Biotechnology, Inc.'s motion to seal exhibits to plaintiff's summary judgment motion [D.E. 195], the memorandum in support [D.E. 196], plaintiff's opposition [D.E. 203], and the entire record. The motion to seal [D.E. 195] lacks merit and is DENIED. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 265–73 (4th Cir. 2014); Va. Dep't of State Police v. Wash. Post, 386 F.3d 567, 574–81 (4th Cir. 2004).

SO ORDERED. This 18 day of September 2018.

                                              JAMES C. DEVER III
                                              Chief United States District Judge