IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

FREDRIC N. ESHELMAN,                )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )          **ORDER**
                                    )
PUMA BIOTECHNOLOGY, INC.,           )
                                    )
                    Defendant.      )

    The court has considered Adage Capital Management, L.P.'s motion to seal [D.E. 206] the entire deposition of Phillip Gross. See [D.E. 182-13]. The court has also considered the memorandum in support [D.E. 207] and the entire record.

    The motion to seal [D.E. 206] is overbroad, lacks merit, and is DENIED. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 265–73 (4th Cir. 2014); Va. Dep't of State Police v. Wash. Post, 386 F.3d 567, 574–81 (4th Cir. 2004).

    SO ORDERED. This 18 day of September 2018.


JAMES C. DEVER III
Chief United States District Judge