IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

FREDRIC N. ESHELMAN, )
)
        Plaintiff, )
)
v. )    **ORDER**
)
PUMA BIOTECHNOLOGY, INC., )
)
        Defendant. )

    The court has considered Puma Biotechnology, Inc.'s motion to seal docket number 235 [D.E. 236], plaintiff's opposition [D.E. 237], and the entire record. The motion to seal [D.E. 236] lacks merit and is DENIED. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 265–73 (4th Cir. 2014); Va. Dep't of State Police v. Wash. Post, 386 F.3d 567, 574–81 (4th Cir. 2004).

    SO ORDERED. This 18 day of September 2018.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge