IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

| | | |
|---|---|---|
| FREDRIC N. ESHELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PUMA BIOTECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On September 18, 2018, Fredric N. Eshelman and Puma Biotechnology, Inc. filed a joint motion for adjournment and proposed agenda for the September 21, 2018 hearing [D.E. 291]. In accordance with the parties' request, the court GRANTS the request to cancel oral argument on September 21, 2018. The court will decide at a later date whether to reschedule oral argument.

SO ORDERED. This 19 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge