IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

| | | |
|---|---|---|
| FREDRIC N. ESHELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PUMA BIOTECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES the motion for summary judgment of Puma Biotechnology, Inc. [D.E. 177] and GRANTS in part and DENIES in part the motion for partial summary judgment of Fredric Eshelman [D.E. 169]. In due course, the court will issue an order expounding on these conclusions. After the court issues that order, the court will hold a status conference to discuss the trial. The court anticipates holding the trial in the first quarter of 2019.

SO ORDERED. This _18_ day of September 2018.

JAMES C. DEVER III
Chief United States District Judge