IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

FREDRIC N. ESHELMAN, )
)
        Plaintiff, )
)
v. ) **VERDICT FORM**
)
PUMA BIOTECHNOLOGY, INC. )
)
        Defendant. )

We the jury unanimously answer the issues as follows:

### ISSUE 1

1. What amount of punitive damages, if any, does the jury in its discretion award to the plaintiff Fredric N. Eshelman?

$ __6.5 million__.

This is our unanimous answer. So say we all. This 15 day of March 2019.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Signature of Foreperson