IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:16-CV-18-D

FREDRIC N. ESHELMAN,

    Plaintiff,

v.

PUMA BIOTECHNOLOGY, INC.,

    Defendant.

ORDER

THIS CAUSE, being before the undersigned upon motion of Defendant Puma Biotechnology, Inc. ("Puma"), for an order approving supersedeas bond and staying execution of judgment pending disposition of post-trial motions and appeal; and

IT APPEARS to the Court there is good cause to grant Puma's motion;

IT IS, THEREFORE, ORDERED THAT:

1. Puma's supersedeas bond in the amount of $29,500,000.00 is hereby approved as security for the judgment pending disposition of any post-trial motions, as well as disposition of this case on appeal;

2. Puma will ultimately bond 110% of the amount of that final judgment;

3. Execution of the judgment is hereby stayed, pending disposition of the post-trial motions and any eventual appeal pursuant to Rule 62(b) of the Federal Rules of Civil Procedure.

This the 10 day of May, 2019.

                                      JAMES C. DEVER III
                                      United States District Judge