FILED: March 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1329 (L)
(7:16-cv-00018-D)

_____

FREDRIC N. ESHELMAN

   Plaintiff – Appellee

v.

PUMA BIOTECHNOLOGY, INC.

   Defendant - Appellant

_____

No. 20-1376
(7:16-cv-00018-D)

_____

FREDRIC N. ESHELMAN

   Plaintiff – Appellant

v.

PUMA BIOTECHNOLOGY, INC.

   Defendant - Appellee

_____

O R D E R

_____

The court consolidates Case No. 20-1329 and Case No. 20-1376 as cross-appeals. The appellant in Case No. 20-1329 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument (if applicable). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                                 For the Court--By Direction

                                                 /s/ Patricia S. Connor, Clerk