# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN, *Plaintiffs*, v. PUMA BIOTECHNOLOGY, INC., *Defendants*. | No. 7:16-cv-00018-D |

## ORDER

This matter is before the Court on Defendant Puma Biotechnology, Inc.'s ("Puma") Unopposed Motion for Access to Sealed Documents. For good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED the Clerk's Office for the Eastern District of North Carolina shall grant immediate and full access to the Court's electronic case file for this matter to Puma's counsel of record Andrew B. Clubok, Roman Martinez, Michele D. Johnson, Meryn C.N. Grant, Colleen C. Smith, and Natalie M. Pita of Latham & Watkins LLP, and Shannon S. Frankel and Angela F. Craddock of Young Moore & Henderson, P.A. (collectively, "Puma's Counsel"). Specifically, Puma's Counsel shall be granted full electronic access to the following docket entries, including any attachments thereto: 62, 63, 65, 66, 70, 71, 79, 80, 81, 82, 83, 84, 85, 87, 88, 91, 92, 97, 105, 137, 138, 142, 147, 161, 170, 171, 178, 179, 183, 184, 198, 199, 200, 203, 209, 210, 235, 247, 253, 263, 269, 273, 327, 329, 337, 338, 364, 380, and 428.

SO ORDERED. This 22 day of September, 2022.

JAMES C. DEVER III
United States District Judge