UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC.,<br><br>*Defendant.* | No. 7:16-cv-00018-D |

## ORDER

This matter is before the Court on Defendant Puma Biotechnology, Inc.'s ("Puma") Unopposed Motion for Leave to Use Video Teleconference Technology at Trial Pursuant to LR 83.10(A). Puma requests leave to use video teleconference technology to call Dr. Troy Wilson, a member of Puma's Board of Directors, because he is unavailable to testify in-person during Puma's case and was not deposed. Alternatively, Puma requests the ability to call Dr. Wilson as a witness on Monday, November 7, 2022, during Plaintiff's case-in-chief. Plaintiff does not object to Dr. Wilson appearing via video teleconference technology. For good cause shown, the Motion is GRANTED, and Dr. Wilson may testify via video teleconference technology.

SO ORDERED. This the 25 day of October, 2022.

JAMES C. DEVER III
United States District Judge