IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-18-D

FREDRIC N. ESHELMAN, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
PUMA BIOTECHNOLOGY, INC., )
)
        Defendant. )

    The court has considered plaintiff Fredric N. Eshelman's memorandum in support of his motion to permit contemporaneous testimony from a remote location pursuant to Local Rule 83.10 and Federal Rule of Civil Procedure 43(a) [D.E. 550] and defendant's response in opposition [D.E. 552]. The court finds plaintiff's motion is supported by good cause and that plaintiff's proposal comports with the Federal Rules of Civil Procedure. Accordingly, plaintiff's motion [D.E. 549] is GRANTED. Plaintiff is permitted to present the testimony of Frank Zavri by live video conference on November 9, 2022.

    SO ORDERED. This 28 day of October, 2022.

JAMES C. DEVER III<br>
United States District Judge